EXHIBIT A

Swain, S.

PROSKAUER ROSE LLP
Lloyd B. Chinn (LC-7953)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant
The Mount Sinai Hospital

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
IRIS SMELLIE, PAULETTE IRVING, CARMEN :
EDWARDS, NORALENE BECKFORD, JOANNE :
LANGAIGNE, OMPHROY GOODMAN, :  03 CIV. 0805 (LTS)
ADELAIDE GOODMAN, PRINCESS HIBBERT, :
BENEDICT ST. LOUIS, AUNTREAH HOWARD, :
VALERIE KNIGHT, and DELSIE COOPER, :
Individually and on behalf of others similarly :  **STIPULATION AND ORDER OF**
situated, :  **PARTIAL DISMISSAL WITH**
 :  **PREJUDICE**
         Plaintiffs, :
 :
         - against - :
 :
MOUNT SINAI HOSPITAL, :
SCOTT REGISTRY, INC. and :
RACHELLE SCHOTTENFELD, :
 :
         Defendants. :
------------------------------------------------------------ x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Iris Smellie and Defendant The Mount Sinai Hospital, that Smellie's individual claims in the above-captioned action are dismissed in their entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

Dated: ~~June 5~~ November, 2007

Copies ~~mailed~~ Faxed to Counsel of Record
Chambers of Judge Swain   12-10-07

10

| | |
|---|---|
| LAW OFFICES OF<br>GREGORY ANTOLLINO, ESQ.<br><br>By: _____<br>Gregory Antollino (GA 5950)<br><br>Attorney for Plaintiff<br>1123 Broadway<br>Suite 902<br>New York, New York 10010<br>(212) 334-7397 | PROSKAUER ROSE LLP<br><br>By: _____<br>Lloyd B. Chinn (LC-7953)<br>Joseph Baumgarten (JB-7215)<br><br>Attorneys for Defendant<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, New York 10036<br>(212) 969-3000 |

This resolves all outstanding issues in this case. The Clerk of Court is respectfully requested to terminate all pending motions and close this case.

So Ordered

_____
12/7/2007
U.S.D.J.

11